**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**ANGELINA MONTEMURRO,**

    Plaintiff,

-vs-                                              Case No. 14-C-968

**UNITED HOSPITAL SYSTEM CORPORATION,**
**et al.,**

    Defendants.

## DECISION AND ORDER

This lawsuit filed by Angelina Montemurro contains allegations that are essentially identical to those made in the following cases, also filed in this judicial district: Case No. 13-C-1069 (dismissed for lack of subject matter jurisdiction); Case No. 14-C-178 (remanded to state court for lack of subject matter jurisdiction); Case No. 14-C-478 (dismissed for failure to state a claim and as frivolous). For all the reasons stated by the various judges in these cases, the instant case is also **DISMISSED**. For the reasons stated in Case No. 14-C-478, ECF No. 5, Montemurro's motion for leave to proceed *in forma pauperis* [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 29th day of August, 2014.

                                              **SO ORDERED:**

                                              */s/ Rudolph T. Randa*
                                              **HON. RUDOLPH T. RANDA**
                                              **U.S. District Judge**