# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ANGELINA MONTEMURRO,**

    Plaintiff,

    -vs-                                                  **Case No. 14-C-968**

**UNITED HOSPITAL SYSTEM, et al.,**

    Defendants.

## DECISION AND ORDER

The Court dismissed this action on August 29. The plaintiff, Angelina Montemurro, did not appeal. Instead, she has proceeded to file numerous documents, labeled exhibits, that generally accuse the defendants and other individuals of being involved in organized crime and other wrongful conduct, just as she did in the underlying lawsuit.

The defendants ask the Court to strike Montemurro's post-judgment filings from the record, and also to bar her from filing any further documents in this case. Defendants cite an injunction entered by Judge Ptacek in Kenosha County Circuit Court, which prohibits Montemurro from "making any statements in any public forum that UHS and/or Schmidt are involved in organized crime, laundering money, violating RICO, or otherwise engaged in illegal activity, and from making

statements that UHS and/or Schmidt are the subject of a criminal investigation or facing criminal charges." The injunction does not apply to pending proceedings, but this matter is no longer pending and Montemurro did not file an appeal.

Accordingly, Montemurro's post-judgment filings in this case violate Judge Ptacek's order. Moreover, Montemurro has filed several frivolous cases in this judicial district, *see* Case Nos. 13-C-1069, 14-C-178, 14-C-478, and for whatever reason, she has decided to waste the Court's judicial resources by filing voluminous exhibits in a closed case. Therefore, the Court will take this opportunity to impose a *Mack* order against Montemurro. *See Montgomery v. Davis*, 362 F.3d 956 (7th Cir. 2004); *Support Sys. Int'l, Inc. v. Mack*, 45 F.3d 185 (7th Cir. 1995).

**IT IS HEREBY ORDERED THAT** the Clerk of Court is directed to remove docket numbers 15 through 37 from the public record in this case.

**IT IS FURTHER ORDERED THAT** Montemurro is barred from filing any further cases or documents in this judicial district. The Clerk of Court is directed to return unfiled any documents or legal actions from Montemurro, with the following exceptions: (1) any habeas corpus claim alleging that Montemurro is being detained or held in an institution against her will and in violation of her federal or constitutional rights; (2)

any papers filed in a purely defensive mode in an action where Montemurro is cast as a defendant or a respondent; and (3) any papers seeking or related to an appeal in this action. Montemurro is fined **$300**, payable to the Clerk of Court for the Eastern District of Wisconsin. No sooner than two years from the date of this Order, or upon Montemurro's payment of the $300 fine, whichever is later, Montemurro may file a request with this Court for relief from this Order. Any such submission must state why lifting the order would be appropriate.

Dated at Milwaukee, Wisconsin, this 9th day of December, 2014.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**